UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-24274-CIV-ALTONAGA

DAVID R. SALGADO,

    Plaintiff,

v.

THE DFASS GROUP (ORLANDO), LLC.,
JJACK FAMILY OFFICE, LLC.,
BERNARD KLEPACH, individually,
and JULIETTE KLEPACH, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DAVID R. SALGADO, has agreed to settle his claims against Defendants THE DFASS GROUP (ORLANDO), LLC., JJACK FAMILY OFFICE, LLC., BERNARD KLEPACH, and JULIETTE KLEPACH.  Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of finalizing all the necessary settlement documentation and will be submitting it for Court approval promptly.

Dated: February 27th, 2023

Respectfully submitted,

BY: **_s/Zandro E. Palma_**
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27th, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: February 27th, 2023.    Respectfully submitted,

                  _/s/ **Zandro E. Palma**_
                  ZANDRO E. PALMA, ESQ.

## SERVICE LIST
### Case No: 1:22-cv-24274-CMA

Daniel Bitran, Esq.
MITRANI RYNOR
ADAMSKY TOLAND
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Telephone: (305) 358-0050
Facsimile: (305) 358-0550
Email: dbitran@mitrani.com
*Counsel for Defendants*

Zandro E. Palma Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Phone: (305) 446-1500
Fax: (305) 446-1502
zep@thepalmalawgroup.com
*Counsel for Plaintiff*