UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-24274-CIV-ALTONAGA/Damian

**DAVID R. SALGADO**,

    Plaintiff,

v.

**THE DFASS GROUP (ORLANDO), LLC**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [ECF No. 20], filed on March 14, 2023. The parties seek the Court's approval of their Settlement Agreement and Release of FLSA Claims [ECF No. 20-3], which includes a provision for the award of attorney's fees. Upon review of the record and the parties' documented basis for a settlement of this FLSA case, the Court finds settlement of this action is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice **[ECF No. 20]** is **GRANTED**.

2. The Settlement Agreement between Plaintiff, David R. Salgado, and Defendants — The Dfass Group (Orlando), LLC; JJack Family Office LLC; Bernard Klepach; and Juliette Klepach — which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

CASE NO. 22-24274-CIV-ALTONAGA/Damian

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record